**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Katherine Smith | No. 07-03663 |
| Debtor | Hon. Jacqueline P. Cox |

**NOTICE OF FILING OF STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 11, 2009, I filed the attached Statement of Outstanding Payment Obligations, a copy of which is hereby served upon you.

                                                      /s/ Susan J. Notarius

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Statement of Outstanding Payment Obligations on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Robert J. Adams and Tom Vaughn on September 11, 2009.

                                                      /s/ Susan J. Notarius

Susan J. Notarius - ARDC # ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Katherine Smith
6738 S. Campbell, 1st FL
Chicago, IL 60629

Tom Vaughn
200 S. Michigan Ave.
Suite 1300
Chicago, IL 60604

Robert J. Adams
125 S. Clark
Suite 1810
Chicago, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Katherine Smith | No.  07-03663 |
| Debtor | Hon.  Jacqueline P. Cox |

**STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

Select Portfolio Servicing, Inc., Servicing agent for, LaSalle Bank National Association, as trustee for the holders of the CSFB Mortgage Pass-Through Certificates, Series 2003-CF14, files this, its Statement of Outstanding Payment Obligations of Debtor:

**Escrow advances of $3,061.34**

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for Select Portfolio Servicing, Inc.


Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679